**DENY and Opinion Filed January 15, 2021**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00023-CV**

**IN RE JOSEPHINE MARIE WORLEY, Relator**

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52296-2020**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Relator's January 12, 2021 petition for writ of mandamus complains the trial court refused to hear a second amended motion to suspend the final divorce decree. Based on the petition and the record before us, we conclude the relator has failed to show that the trial court clearly abused its discretion and that she has no adequate appellate remedy.[1] Accordingly, we deny the petition for writ of mandamus.[2]

210023F.P05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

---

[1] *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding) (mandamus standard).

[2] *See* TEX. R. APP. P. 52.8(a).